**MEMO ENDORSED**

# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL  NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

November 12, 2021

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: **Elizabeth Sullivan v. National Express LLC**, et al.
7:21-cv-05789-KMK

Dear Judge Karas:

We represent Plaintiff Elizabeth Sullivan in the above referenced matter. I write to respectfully request an adjournment of the initial conference that was scheduled earlier today for Tuesday, November 30, 2021 at 11:45 a.m. The reason for this request is that I have a previously scheduled deposition that day which I am unable to be adjourn. I believe it would be beneficial for me to attend the conference since I am lead Plaintiff's counsel. Defense counsel consents to this request. The parties have conferred and are available for the conference on December 2, 3, 8, 9 and 10. No prior request for an adjournment has been made by any party.

We thank the Court for its consideration of this matter.

Respectfully submitted,

BRIAN HELLER

cc: Robert T. Syzba, Esq. – via ECF

Granted. The conference will go forward via teleconference on December 9, 2021 at 10:30 AM

SO ORDERED.

KENNETH M. KARAS U.S.D.J.

11/15/2021